UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
CHARBER CONSULTANTS, LLC,

                Plaintiff,          **ORDER**

   -against-                            22 Civ. 6045 (NSR)(JCM)

G.O.A.T. PRODUCTS LLC, *et al.*,

                Defendants.
---------------------------------------------------------X

      At a conference held on September 22, 2023, this Court scheduled a next telephone conference for October 18, 2023 at 10:00 a.m. Counsel for Plaintiff and the *pro se* Defendants did not appear at the October 18, 2023 conference, nor did either party contact the Court to request an adjournment or otherwise notify the Court of an inability to attend the conference.

      Accordingly, counsel for Plaintiff and the *pro se* Defendants are directed to submit a joint letter to the Court by October 27, 2023, explaining their failure to appear and notifying the Court that all discovery was completed by the October 16, 2023 deadline.

      The Clerk is respectfully requested to mail a copy of this Order to the *pro se* Defendants.

Dated:   October 18, 2023
           White Plains, New York

                                                  **SO ORDERED:**

                                                  _____
                                                  JUDITH C. McCARTHY
                                                  United States Magistrate Judge