UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   11/26/2024
```

CHARBER CONSULTANTS, LLC,

                    Plaintiff,

   -against-

G.O.A.T. PRODUCTS, LLC, MICHELLE WINOWICH.

                    Defendants.

7:22-CV-6045 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

      Plaintiff Charber Consultants, LLC's ("Plaintiff") motion for summary judgment (ECF No. 67) against Defendants G.O.A.T. Products, LLC, and Michelle Winowich (together, the "Defendants"), is denied without prejudice for failure to comply with the Court's Individual Rules requiring submission of a Rule 56.1 Statement of Facts. Plaintiff is directed to refile the motion along with its Rule 56.1 Statement of Facts and any supporting documents. The briefing schedule is now as follows: Plaintiff's motion papers shall be served (not filed) January 10, 2025; Defendants' opposition papers shall be served (not filed) February 24, 2025; Plaintiff's reply papers shall be served March 11, 2025. All motion papers are to be filed on the reply date, March 11, 2025, and the parties are to provide two sets of courtesy copies to Chambers as the papers are served.

      Additionally, upon review of the docket, the Court determines that Defendant G.O.A.T. Products, LLC, a corporate entity, did not appear in this action by counsel as required. It was incumbent upon Plaintiff to seek a default judgment against said corporate entity, which it has

failed to do so. Accordingly, Plaintiff's remedy is to first seek a default judgment as against the corporate Defendant and then, if appropriate, seek summary judgment. The Clerk of Court is kindly directed to mail a copy of this Order to *pro se* Defendant at the address listed on ECF and to show service on the docket. The Clerk of Court is kindly directed to terminate the motion at ECF No. 67.

SO ORDERED:

Dated: November 26, 2024
      White Plains, NY

_____
NELSON S. ROMÁN
United States District Judge