UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARBER CONSULTANTS LLC,

Case No.: 22-cv-6045

Plaintiff,

-against-

G.O.A.T. PRODUCTS LLC and
MICHELLE WINOWICH.

Defendants.

----------------------------------------------------------------------X

**DEFAULT JUDGMENT**
**(only as to Defendant G.O.A.T. Production, LLC)**

This matter having come before the Court on Plaintiff's Motion for Entry of Default Judgment, the Court Clerk having issued a Clerk's Certificate of Default as to Defendant G.O.A.T. Products LLC on Aug. 28, 2023, and the Court being otherwise fully advised,

**IT IS HEREBY ORDERED** that Default Judgment is hereby entered in favor of Plaintiff Charber Consultants LLC and against Defendant G.O.A.T. Products LLC, in the amount of $341,665.00, plus interest at 9%, (from July 3,2024) in the amount of $70932.36, for a total judgment of $412,597.36.

So Ordered:

DATED: September 10, 2026
White Plains, NY

Nelson S. Roman
US District Court Judge